UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MATTHEW KREEK,

                      Plaintiff,

              -against-

POLICE OFFICER PAUL MONDONE, et al.,

                    Defendants.

-------------------------------------------------------------x

18-CV-12154 (KMW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a pre-settlement conference on April 20, 2021. As directed at the conference, the parties shall respond to the mediator's proposal by **5:00 pm on April 30, 2021.** Parties shall respond in *ex parte* emails to Chambers.

Further, there shall be no extension to the May 9, 2021 expert discovery deadline; all expert discovery shall be completed by May 9, 2021.

**SO ORDERED.**

                                                                     *s/ Ona T. Wang*

Dated: April 20, 2021                                              **Ona T. Wang**
       New York, New York                           United States Magistrate Judge