**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                 :

MATTHEW KREEK,               :

                    :

          Plaintiff,      :         18-cv-12154 (KMW) (OTW)

                    :

       -against-       :         **ORDER**

                    :

POLICE OFFICER PAUL MONDONE, et al.,  :

                    :

         Defendants.    :

---------------------------------------------------------------x


     **ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, September 08,**

**2021 at 2:00 p.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.


     **SO ORDERED.**


                               *s/  Ona T. Wang*

Dated: July 14, 2021                   **Ona T. Wang**
      New York, New York          United States Magistrate Judge