```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    11/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MATTHEW KREEK,

                Plaintiff,

-against-                           18-CV-12154 (KMW) (OTW)

POLICE OFFICER PAUL MONDONE, et al.,     **ORDER**

                Defendants.
---------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      The Court has received the parties' proposed stipulation and order of dismissal. (ECF No. 128.) If the parties wish the Court to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement, then the terms of that agreement must first be filed with the Court and made public. By December 4, 2021, the parties jointly shall either file the terms of their settlement agreement with the Court, submit a new proposed stipulation and order of dismissal pursuant to which the Court will not retain jurisdiction, or write the Court with an alternative proposed course of action.

      SO ORDERED.

Dated: New York, New York
       November 4, 2021                       */s/ Kimba M. Wood*
                                         KIMBA M. WOOD
                                 United States District Judge